AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| PAUL OZBURN, individually and on behalf of all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ENDURANCE CAPITAL, LLC, d/b/a IBUYHOMES, a Florida registered company, <br><br> *Defendant(s)* | Civil Action No. 9:24-cv-80015-DMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Endurance Capital, LLC dba IBuyHomes
c/o Anastasia Smith
1029 N Florida Mango, Suite 14
West Palm Beach, FL 33409

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jan 9, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas

Deputy Clerk
U.S. District Courts