UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **PAUL OZBURN, individually and on behalf of all others similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**ENDURANCE CAPITAL, LLC, d/b/a IBUYHOMES, a Florida registered company,**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 9:24-cv-80015-DMM<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Miranda Marcucci, being duly sworn, state:

I am 18 years or older and not a party to this action.

I received the following documents on January 11, 2024, at 12:25 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to ENDURANCE CAPITAL, LLC, d/b/a IBUYHOMES in Clermont County, OH on January 11, 2024 at 3:01 pm at 1219 Creekwood Dr, Batavia, OH 45103 by leaving the following documents with Branden Grimshaw who as Owner of the Company is authorized by appointment or by law to receive service of process for ENDURANCE CAPITAL, LLC, d/b/a IBUYHOMES.

Summons
Complaint
Cover Sheet
Litigation Hold Letter

Additional Description:
LIMITED LIABILITY COMPANY SERVICE: I served and explained the contents to a member-member/manager-member or designated employee of the defendant LLC whose registered agent cannot be served with reasonable diligence, in the absence of a member/manager of the LLC. Served pursuant to F.S. 48.062(2)(a-c)

Gave to the owner of the company

White Male, est. age 35-44, glasses: N, Black hair, 180 lbs to 200 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=39.1558833,-84.160208
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE READ THE FOREGOING AFFIDAVIT OF SERVICE, AND THE FACTS HEREIN ARE TRUE AND CORRECT. Notary not required pursuant to Florida Statute 92.525.

Executed in  Hamilton County , OH  on  1/12/2024 .

/s/ *Miranda Marcucci*
Signature
Miranda Marcucci
+1 (513) 675-4487
126 S 2nd St, 2116, Loveland, OH 45140



Exhibit 1a)



Exhibit 1b)